```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

MICHAEL BUSCEMI,

                          Plaintiff,

      -against-

FRIDAY BEERS, LLC, JOHN BARRETT, MAXWELL BARRETT and SAMUEL BARRETT,

                          Defendants.
```
-----------------------------------------------------------------X
```

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

20-CV-10508 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic settlement conference in this matter is scheduled for **Wednesday, May 26, 2021 at 2:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **May 19, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: March 18, 2021
       New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge