# STEVEN B. KAUFMAN
Attorney at Law
225 Broadway
Suite 1510
New York, NY 10007



Phone 212 564-9633
Fax    212 564-9639
kaufmanesq@aol.com

May 18, 2021

Allison J. Nathan, District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY  10007

Re.: Michael Buscemi vs. Friday Beers, LLC, John Barrett, Maxwell Barrett and Samuel
Barrett 20 Civ. 10508 (AJN)
Request to add Table of Authorities to timely filed Memorandum of Law in Opposition to
Defendants' Motion to Dismiss Pursuant to Fed R. Civ. P. 12(b)(6)

Dear Judge Nathan:

Attached is a Table of Authorities relating to the Memorandum of Law in
Opposition to Defendants' Motion to Dismiss Pursuant to Fed R. Civ. P. 12(b)(6). The
Memorandum of Law was filed in a timely manner on May 14, 2021. I neglected to
include a Table of Authorities with the Memorandum.  I am attaching the Table of
Authorities as Exhibit 1. I have not made a previous request for this relief. I have asked
my adversary for consent and they have advised they are not opposing my application.

Wherefore, I respectfully request leave to refile the Memorandum of Law in Opposition
to Defendants'  Motion to Dismiss Pursuant to Fed R. Civ. P. 12(b)(6) inserting the Table
of Authorities included herewith as Exhibit 1 or to otherwise file the Table of Authorities.

**SO ORDERED.**

Respectfully,

Steven B. Kaufman

5/19/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Encl: Exhibit

**TABLE OF AUTHORITIES**

**CASES**

American Exprees Co vs.Goetz,
  515 F.3d 156 (2d Cir. 2008)................................................................................... 3,4

American Intern. Group, Inc. v. London American Intern. Corp. Ltd.,
  664 F.2d 348, 212 U.S.P.Q. 803 (2d Cir. 1981)....................................................... 5

Ashcroft vs. Iqbal,
  556 U.S. 662(2009) ........................................................................................... 1,7

Bell Atlantic Corp. v. Twombly,
  550 U.S. 544 (2007) ............................................................................................ 1

Bonanni v. Horizon Invs., Corp.,
  2016 NY Slip Op 50281(U) [50 Misc 3d 1227(A)], Affirmed. 2020 NY Slip
  Op 00563 2nd Dept. ............................................................................................ 9

Brown v. Lockwood,
  76 AD2d 721, 730 [2d Dept 1980] ...................................................................... 10

Central Mfg., Inc. v. Brett,
  492 F.3d 876, 110 U.S.P.Q.2d 1250 (7th Cir. 2007) .............................................. 6

CFE Racing Products, Inc. v. BMF Wheels, Inc.,
  793 F.3d 571, 115 U.S.P.Q.2d 1505 (6th Cir. 2015) .............................................. 6

Classic Liquor Importer, Ltd. Vs. Spirits,
  201 F. Supp. 3d 428 (S.D.N.Y. 2016) .................................................................... 8

Cullman Ventures, Inc. v. Columbian Art Works, Inc.,
  717 F. Supp. 96, 13 U.S.P.Q.2d 1257 (S.D. N.Y. 1989) .......................................... 4

D. M. & Antique Import Corp. v. Royal Saxe Corp.,
  311 F. Supp. 1261, 166 U.S.P.Q. 302 (S.D. N.Y. 1969) .......................................... 6

Dynamet Technology, Inc. v. Dynamet, Inc.,
  593 F.2d 1007, 201 U.S.P.Q. 129 (C.C.P.A. 1979) ................................................. 4

Golden Gate Salami Co. v. Gulf States Paper Corp.,
  51 C.C.P.A. 1391, 332 F.2d 184, 188, 141 U.S.P.Q. 661 (1964............................... 6

Higgins v. New York Stock Exch., Inc.,
10 Misc. 3d 257, 264 (Sup. Ct. N.Y. County 2005) ................................................................ 8

ITC Ltd. v. Punchgini, Inc.,
482 F.3d 135, 82 U.S.P.Q.2d 1414, 2007-1 Trade Cas. (CCH) ¶ 75672 (2d Cir. 2007)
certified question accepted, 8 N.Y.3d 994, 838 N.Y.S.2d 833, 870 N.E.2d 151 (2007) and
certified question answered, 9 N.Y.3d 467, 850 N.Y.S.2d 366, 880 N.E.2d 852 (2007) ...... 5

Man Choi Chiu v. Chiu
(2nd Dept. 2007) 38 A.D.3d 619, 832 N.Y.S.2d 89................................................................ 7

Mandarin Trading Ltd. v. Wildenstein,
16 N.Y.3d 173 (2011) ................................................................................................................ 10

Marcus v Antell,
2018 NY Slip Op 32527(U) [Sup Ct NY County Oct. 5, 2018] ................................................ 9

Medscript Pharmacy, LLC v. D&D Pharma LTC, LLC,
444 F. Supp. 3d 909 (N.D. Ill. 2020) ...................................................................................... 6

Montecash LLC v. Anzar Enterprises, Inc.,
95 U.S.P.Q.2d 1060, 1062, 2010 WL 1847596 (T.T.A.B. 2010............................................... 6,7

PlayNation Play Systems, Inc. v. Velex Corporation,
924 F.3d 1159 (11th Cir. 2019) .............................................................................................. 6

Pokoik v. Pokoik,
115 A.D.3d 428 (1st Dept. 2014) ............................................................................................ 9

Premium Cornerstone Properties v. S & R Main Realty,  LLC
173 A.D.3rd 1230(2d Dept. 2019) .......................................................................................... 8

Ritchie v. Simpson,
170 F.3d 1092, 1095 n.2, 50 U.S.P.Q.2d 1023, n.2 (Fed. Cir. 1999) .................................... 6

Salm v. Feldstein,
20 A.D.3d 469, 470 (2d Dept. 2005) ...................................................................................... 9

Simon v Moskowitz,
2021 NY Slip Op 02262, 1st Dept.  ......................................................................................... 10

Tooley v. Donaldson, Lufkin & Jenrette, Inc.,
  845 A2d 1031, 1039 (Del. 2004) ................................................................. 8

## STATUTES

Fed.R.Civ.P. 12(b)(6)............................................................................................1

Federal Lanham Act § 45, 15 U.S.C.A. §1127.................................................... 4

Lanham Act § 37, 15 U.S.C.A. §1121................................................................. 6

Lanham Act § 2(d), 15 U.S.C.A. § 1052(d)........................................................ 6

Lanham Act §§ 13, 14, 15 U.S.C.A. §§ 1063, 1064........................................... 6

New York Limited Liability Company Law (NYLLCL) section 602. .........................7

NYLLCL section 417(c). ....................................................................................... 7

NYLLCL various sections 401-704....................................................................... 7

NYLLCL section 401(b).......................................................................................... 9

NYLLCL section 409(a).......................................................................................... 9

Trademark Board Manual of Procedure ("T.B.M.P.") § 309.03(b)......................... 7

T.B.M.P. § 309.03(a)(2) ........................................................................................ 7


## TREATISES

2 McCarthy on Trademarks and Unfair Competition § 16:14 (5th ed.) ............................. 4

3 McCarthy on Trademarks and Unfair Competition § 20:41 (5th ed.) ............................. 6